UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-MJ-1916

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROSHANDA R. FOSTER | ORDER |

Upon motion by the Defendant (DE-38), it is hereby ORDERED that Roshanda Foster be designated to FMC Carswell, Texas, in order to participate in the Residential Drug Abuse Treatment Program ("RDAP"). At sentencing, the Court found that Ms. Foster would benefit from substance abuse treatment, and the purposes of 18 U.S.C. § 3553(a) are borne out by her participation in the RDAP program. Moreover, placement within the Bureau of Prisons at Carswell Texas, will allow Ms. Foster contact with her family, which may further help her recovery from substance abuse problems.

It is further ORDERED that the sentence previously entered in this case be MODIFIED to allow for Ms. Foster's early release from incarceration upon successful completion of the RDAP program if that should occur prior to the 30 months imposed by this Court.

SO ORDERED, this 18th day of July, 2013.

WILLIAM A. WEBB
United States Magistrate Judge